```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 04854
  DONA L JORDAN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-4195


-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/01/06 and confirmed on 06/29/06.

     2.  The case was converted to Chapter 7 after confirmation, 11/15/2007.

     3.  The Debtor paid a total of $  22642.75 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------
OPTION ONE MTGE            CURRENT MORTG     17154.82         .00        17154.82
OPTION ONE MTGE            MORTGAGE ARRE      3960.65         .00             .00
AMERICAN GENERAL FINANCE   SECURED            4730.06         .00         4730.06
AURORA FINANCE LOAN        SECURED             500.00         .00             .00
SILVERLEAF RESORT INC      UNSECURED          6913.31         .00             .00
ADVANCE AMERICA            UNSECURED         NOT FILED        .00             .00
AFNI                       UNSECURED         NOT FILED        .00             .00
AURORA FINANCE LOAN        UNSECURED         NOT FILED        .00             .00
BUDGET FINANCE             UNSECURED         NOT FILED        .00             .00
GC SERVICES DATA CONTROL   UNSECURED         NOT FILED        .00             .00
RMI/MCSI                   UNSECURED            205.00        .00             .00
ASSET ACCEPTANCE CORP      UNSECURED            182.82        .00             .00
         Summary of disbursements:
-------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED  26345.53          .00      7301.13        .00       33646.66
PRINCIPAL PAID      21884.88          .00          .00        .00       21884.88
INTEREST PAID            .00          .00          .00        .00            .00
TOTAL PAID          21884.88          .00          .00        .00       21884.88
The Debtor's attorney, GARY L SHILTS              , was allowed $   2400.00
and was paid $    726.00  direct and $      .00  through the plan.

The Trustee received $     757.87 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/12/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```